**Edward M. KELSO, Jr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3368.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

CLEVENGER, Circuit Judge.

*ORDER*

Edward M. Kelso, Jr. moves for reconsideration of the court's order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Kelso has now submitted a Rule 15(c) statement.

Accordingly,

IT IS ORDERED THAT:

Salazar has now submitted a Rule 15(c) statement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted.